Order entered October 23, 2012



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-11-01194-CR

### CARLOS OCHOA CASTILLO, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the Criminal District Court No. 6
Dallas County, Texas
Trial Court Cause No. F09-54232-X**

## ORDER

The Court **DENIES** appellant's October 11, 2012 request for a ninety-day extension of time to file his pro se response to the *Anders* brief filed by counsel. Per the Court's order of September 24, 2012, if appellant's pro se response is not received by October 25, 2012, the appeal will be submitted on the *Anders* brief alone.

We **DIRECT** the Clerk to send a copy of this order, by first-class mail, to Carlos Ochoa Castillo, TDJC No. 1741759, Wynne Unit, 810 F.M. 2821, Huntsville, Texas 77349.

DAVID L. BRIDGES
JUSTICE